2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-70099-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kevin S. Foor<br>907 Frame Church Road<br>Everett PA 15537 | Sandy K. Foor<br>907 Frame Church Road<br>Everett PA 15537 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/20/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 | TH MSR Holdings LLC<br>c/o RoundPoint Mortgage Servicing, LLC<br>446 Wrenplace Road<br>Fort Mill, SC 29715 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/26/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 22-70099-JAD

Kevin S. Foor                                                                          Chapter 13

Sandy K. Foor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                  Page 1 of 2

Date Rcvd: Sep 24, 2024                  Form ID: trc                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 15631353 | ^ MEBN | Sep 24 2024 23:42:06 | Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Matrix Financial Services Corp. dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Harry B. Reese | on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com |
| James R. Huff, II | on behalf of Joint Debtor Sandy K. Foor jhuff@sfshlaw.com |
| James R. Huff, II | |

on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com

Jill Manuel-Coughlin

on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sherri J. Smith

on behalf of Creditor TH MSR Holdings c/o RoundPoint Mortgage Servicing  LLC ssmith@pincuslaw.com,
amautz@pincuslaw.com

TOTAL: 9