FILED
8/7/25 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kevin S. Foor and Sandy K. Foor | : | Bankruptcy No. 22-70099 |
| Debtors | : | |
| | : | Chapter 13 |
| Kevin S. Foor | : | Related to Doc. No. 60 |
| 907 Frame Church Road | : | Doc. No. 71 |
| Everett, PA 15537 | : | |
| Movant | : | |
| v. | : | Motion No. ■ WO-1 |
| Rite Aid Corporation | : | |
| Attn: Payroll Department | : | |
| 200 Newberry Commons | : | |
| Etters, PA 17319 | : | |
| Respondent | : | |

ORDER TERMINATING WAGE ATTACHMENT

AND NOW, to wit, this __7th__ day of __August__, 2025, it appearing that the above-named Husband Debtor's employment with Rite Aid Corporation has been terminated and an Order for Wage Attachment having previously been entered with respect to said employment,

It is hereby **ORDERED, DIRECTED and DECREED** that said wage attachment is terminated effective July 24, 2025, and Rite Aid Corporation is released from any further obligation under said Wage Attachment Order.

BY THE COURT:

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70099-JAD |
| Kevin S. Foor | Chapter 13 |
| Sandy K. Foor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin S. Foor, Sandy K. Foor, 907 Frame Church Road, Everett, PA 15537-7970 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Matrix Financial Services Corp. dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Harry B. Reese | on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com |
| James R. Huff, II | on behalf of Joint Debtor Sandy K. Foor jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com |
| Jill Manuel-Coughlin | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sherri J. Smith
    on behalf of Creditor TH MSR Holdings c/o RoundPoint Mortgage Servicing  LLC ssmith@stradley.com, amautz@pincuslaw.com

TOTAL: 9