IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kevin S. Foor and Sandy K. Foor | : | Bankruptcy No. 22-70099 |
| Debtors | : | |
| | : | Chapter 13 |
| Kevin S. Foor | : | |
| 907 Frame Church Road | : | Doc. No. _____ |
| Everett, PA 15537 | : | Related to Doc. No. 74 |
| Movant | : | |
| v. | : | Motion No. ■ WO-1 |
| UPMC Altoona HR | : | |
| 620 Howard Avenue | : | |
| Altoona, PA 16601 | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT ORDER TOGETHER WITH
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NO. (Local Form 12)**

I certify under penalty of perjury that I served the above captioned ORDER and NOTIFICATION on the party at the address specified below on August 12, 2025.

**UPMC Altoona HR
620 Howard Avenue
Altoona, PA 16601**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class U.S. Mail, Postage Prepaid**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  **August 12, 2025**

By:/s/James R. Huff, II, Esquire

James R. Huff, II, Esquire
Forr, Stokan, Huff & Naugle
1701 5th Avenue
Altoona, PA 16602
Pa. I.D. No. 33270

**PAWB Local Form 7 (07/13)**