**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KEVIN S. FOOR<br>SANDY K. FOOR<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　vs.<br>FIRST COMMONWEALTH BANK(*)<br><br>　　　Respondents | Case No. 22-70099JAD<br><br><br>Chapter 13<br><br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| FIRST COMMONWEALTH BANK(*)<br>POB 400*<br>INDIANA, PA 15701 | Court claim# 8/Trustee CID# 4 |

The Movant further certifies that on 09/05/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S):<br>KEVIN S. FOOR, SANDY K. FOOR, 907 FRAME CHURCH ROAD, EVERETT, PA 15537 | DEBTOR'S COUNSEL:<br>JAMES R HUFF II ESQ, FORR STOKAN HUFF KORMANSKI & NAUGLE, 1701 5TH AVE, ALTOONA, PA  16602 |
|---|---|
| ORIGINAL CREDITOR:<br>FIRST COMMONWEALTH BANK(*), POB 400*, INDIANA, PA  15701 | ORIGINAL CREDITOR'S COUNSEL:<br>MCGRATH MCCALL PC, FOUR GATEWAY CENTER STE 1340, 444 LIBERTY AVE, PITTSBURGH, PA  15222 |
| NEW CREDITOR: | |