FILED
9/14/26 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Kevin S. Foor and Sandy K. Foor,** **Case No. 22-70099-JAD**

**Chapter 13**

**Debtor(s).** )
X Doc. #87

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis** ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection** ☒ **Amended Chapter 13 dated: 7-24-26**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $3674 effective 8/1/2025.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

**1. Unique Provisions Applicable Only to This Case:** ***Only those provisions which are checked below apply to this case:***

☐ A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $ beginning. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐ B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐ C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. The following utility creditor ________________ shall be paid monthly payments of $________ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*TH MSR Holdings LLC Cl.#5

☐ H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

☐ I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

---

☐ J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

---

☒ K. Additional Terms and Conditions:
*Holiday Financial Services Cl.#3 has been paid in full per the creditor and will receive no further payments, prior payments made by Trustee are proper.
*First Commonwealth Bank Cl.#8 has been paid in full and will receive no further payments, prior payments made by Trustee are proper.
*Unsecured percent is adjusted to 3.22% which is the percent of the LAT per the plan to be paid.

- *Debtor(s) are to fund the plan by WA [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed*

*and allowed non-specially classified unsecured creditors in 100% plan cases.*

**2. <u>Deadlines</u>. The following deadlines are hereby established and apply to this case:**

**A. Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B. Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C. Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D. Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3. <u>Additional Provisions</u>. The following additional provisions apply in this case:**

**A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence

distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

**G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

**H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: September 14, 2026

jsf
United States Bankruptcy Judge
Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-70099-JAD
Kevin S. Foor Chapter 13
Sandy K. Foor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 5
Date Rcvd: Sep 14, 2026 Form ID: pdf900 Total Noticed: 97

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin S. Foor, Sandy K. Foor, 907 Frame Church Road, Everett, PA 15537-7970 |
| 15466627 | + | A&K Distributors, Box 250055, Aguadilla 00604-0055 |
| 15466628 | + | Altoona Mirror, 301 Cayuga Avenue, Altoona, PA 16602-4323 |
| 15466632 | + | Appleby & Markle, 250 West Main Street, Everett, PA 15537-1137 |
| 15466633 | + | Argus Capital Funding, 104 East 25th Street, 10th Floor, New York 10010-8201 |
| 15466634 | + | Auburn Generics, 2360 Bellingham Drive, Troy 48083-2038 |
| 15466635 | + | Bellco Generics, 5500 New Horizons Blvd., North Amityville 11701-1156 |
| 15466636 | + | Bonita Pharmaceuticals, 6380 Commerce Drive, Westland 48185-9120 |
| 15466637 | + | Broad Top Bulletin, P.O. Box 671, Bedford, PA 15522-0671 |
| 15466638 | + | Broad Top Medical Center, P.O. Box 127, Broad Top, PA 16621-0127 |
| 15466639 | + | Brynmawr Funding/Pioneer Rx, 620 W. Germantown Road, Suite 310, Plymouth Meeting, PA 19462-2227 |
| 15466651 | + | CWI Gifts, 4600 S. Hamilton Road, Groveport 43125-9636 |
| 15466645 | + | Cohen's Inventory Returns, 4320 Saline Street, Pittsburgh, PA 15217-2912 |
| 15466647 | + | Consumer Contact Solutions, 330 S. WarminsterRoad, Suite 353, Hatboro, PA 19040-3433 |
| 15466648 | + | Craig's Cleaning & Repair, 3323 Sandy Run Road, Hopewell, PA 16650-8757 |
| 15466649 | | Credit Control LLC, 330 Rider Trails, Suite 500, Earth City, MO 63045 |
| 15466652 | + | Daily News, P.O. Box 384, Huntingdon, PA 16652-0384 |
| 15466653 | + | Dale Oxygen, 146 Horner Street, Johnstown, PA 15902-1996 |
| 15466657 | + | Ehrlich, 160 Jari Drive, Suite 140, Johnstown, PA 15904-6947 |
| 15466660 | + | FFE Enterprises, 44000 Winchester Road, Temecula, CA 92590-2578 |
| 15466664 | + | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15470601 | + | Gadi Dotz, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 15466665 | + | H&H Wholesale, Lockbox #775371, 350 E. Devon Avenue, Itasca, IL 60143-1249 |
| 15466667 | + | Holiday Financial, 300 Walmart Drive, Ebensburg, PA 15931-4214 |
| 15470149 | + | Holiday Financial services, 300 Walmart Drive, Ebensburg, PA 15931-4214 |
| 15470602 | + | LG Funding LLC, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 15466672 | + | Master's Pharmaceutical, P.O. Box 840713, Dallas, TX 75284-0713 |
| 15469176 | + | POWERS KIRN, LLC, Attorneys for MATRIX FINANCIAL SERVICES, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053, bankruptcy@powerskirn.com 19053-6980 |
| 15466678 | + | Park's Garbage, P.O. Box 218, Mount Union, PA 17066-0218 |
| 15466680 | + | Peterson Accounting, 1798 Plank Road, Suite 301, Duncansville, PA 16635-8389 |
| 15466681 | #+ | Pinnacle Computer Technologies, Inc., 102 East Pitt Street, Bedford, PA 15522-1317 |
| 15466682 | + | Pioneer RX, P.O. Box 53407, Shreveport, LA 71135-3407 |
| 15466684 | + | Praxis Med, 13600 Shoreline Drive, Suite 200, Earth City 63045-1218 |
| 15466685 | + | R.J. Hedges & Associates, P.O. Box H, New Florence, PA 15944-0427 |
| 15466686 | + | Raz Imports, 1020 Eden Road, Arlington, TX 76001-7885 |
| 15466687 | + | River City, P.O. Box 840713, Dallas, TX 75284-0713 |
| 15466688 | + | Roaring Spring Water, P.O. Box 97, Roaring Spring 16673-0097 |

| | | |
|---|---|---|
| 15466689 | + | Saxton Borough, 707 9th Street, Saxton 16678-1109 |
| 15466691 | + | Stoudnour Petroleum, Cardtrol Division, P.O. Box 40, Saxton, PA 16678-0040 |
| 15466694 | + | Top RX, LLC, P.O. Box 1844, Dept. T-5, Memphis, TN 38101-1844 |
| 15466695 | + | Tri-State Distribution, P.O. Box 600, Spartan, TN 38583-0600 |
| 15466699 | + | Unifirst, 335 Industrial Park Blvd., Ebensburg 15931-4117 |
| 15466701 | + | Value Drug Company, 195 Theater Drive, Duncansville, PA 16635-7144 |
| 15475820 | + | Value Drug Company, PO Box 1027, 195 Theater Drive, Duncansville, PA 16635-7144 |
| 15466702 | + | Viking, 10050 Crosstown Circle, Suite 300, Eden Prairie, MN 55344-3344 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 15 2026 00:32:56 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15476617 | | Email/Text: bnc@atlasacq.com | Sep 15 2026 00:34:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15466629 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:13 | American Eagle/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15466630 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 00:44:34 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15477587 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 00:44:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15466631 | + | Email/Text: bankruptcies@andanet.com | Sep 15 2026 00:35:00 | Anda, 3000 Alt Blvd., Grand Island, NY 14072-1572 |
| 15466642 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:19 | CBNA Citi Cards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15466640 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:24 | Cabela's/Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15466641 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:32 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15466644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:46 | Citibank, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15466646 | + | Email/Text: documentfiling@lciinc.com | Sep 15 2026 00:34:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 15466650 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 00:44:33 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 15466654 | | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 15466655 | + | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover, P.O. Box 70176, Philadelphia, PA 19176-0176 |
| 15468230 | | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15466656 | ^ | MEBN | Sep 15 2026 00:33:55 | East Point, 1738 Elmwood Avenue, Suite 104, Buffalo, NY 14207-2465 |
| 15466658 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 15 2026 00:35:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 15466659 | + | Email/Text: brendan.lee@iqor.com | Sep 15 2026 00:35:00 | Erie Insurance Exchange, c/o RMS, P.O. Box 19646, Minneapolis, MN 55419-0646 |

| | | | | |
|---|---|---|---|---|
| 15466661 | | Email/Text: SAABankruptcy@fcbanking.com | Sep 15 2026 00:35:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701 |
| 15466662 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 15 2026 00:34:00 | First National Bank, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15467962 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 15 2026 00:34:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15466663 | + | Email/Text: crdept@na.firstsource.com | Sep 15 2026 00:35:00 | First Source, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15466666 | ^ | MEBN | Sep 15 2026 00:33:39 | Hayt, Hayt & Landau LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15466668 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:15 | JC Penneys/Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15482170 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2026 00:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15466669 | + | Email/Text: notices@kalamatacapitalgroup.com | Sep 15 2026 00:34:00 | Kalamata Capital Group, 80 Broad Street, 12th Floor, New York, NY 10004-2584 |
| 15466670 | + | Email/Text: bankruptcies@lgfunding.com | Sep 15 2026 00:35:00 | LG Funding, LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 15483938 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 00:44:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15466671 | + | Email/Text: bankruptcy@liveoak.bank | Sep 15 2026 00:35:00 | Live Oak Bank, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |
| 15471850 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 00:34:00 | Matrix Financial Services Corp., c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15631353 | ^ | MEBN | Sep 15 2026 00:33:04 | Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15466673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 00:35:00 | Maurices, P.O. Box 650973, Dallas, TX 75265-0973 |
| 15466674 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 00:35:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15472437 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 00:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15466675 | | Email/Text: bankruptcydepartment@tsico.com | Sep 15 2026 00:35:00 | Nationwide Credit, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 15466677 | + | Email/Text: bankruptcy@ondeck.com | Sep 15 2026 00:35:00 | On Deck, 901 N. Stuart Street, Suite 700, Arlington, VA 22203-4129 |
| 15480884 | + | Email/Text: bankruptcy@ondeck.com | Sep 15 2026 00:35:00 | On Deck Capital, Inc., 1400 Broadway, New York, NY 10018-5300 |
| 15466683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:34 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, P.O. Box 12914, Norfolk, VA 23502 |
| 15478230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15466679 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 15 2026 00:35:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15466690 | + | Email/PDF: clerical@simmassociates.com | Sep 15 2026 00:44:28 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15466692 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 15 2026 00:34:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 15466693 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2026 00:44:24 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15486367 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 00:44:19 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15466992 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16436469 | ^ | MEBN | Sep 15 2026 00:34:04 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15474476 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2026 00:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15466696 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2026 00:35:00 | U S Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 15466698 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2026 00:35:00 | U.S. Bank, P.O. Box 790084, Saint Louis, MO 63179 |
| 15466697 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2026 00:35:00 | U.S. Bank, P.O. Box 790408, St. Louis, MO 63179 |
| 15466703 | | Email/Text: _fe4@wrightexpress.com | Sep 15 2026 00:35:00 | Wex Bank, P.O. Box 6293, Carol Stream, 60197 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Matrix Financial Services Corp. |
| cr | | RoundPoint Mortgage Servicing LLC as Servicer for |
| cr | | TH MSR Holdings c/o RoundPoint Mortgage Servicing, |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15477588 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15466676 | *+ | Nationwide Credit, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 15466700 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, P.O. Box 79048, Saint Louis, MO 63179 |
| 15466643 | ##+ | Change Healthcare, P.O. Box 572490, Murray, UT 84157-2490 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Harry B. Reese | on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com |
| James R. Huff, II | on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Joint Debtor Sandy K. Foor jhuff@sfshlaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor Matrix Financial Services Corp. bankruptcy@powerskirn.com |
| Lauren Moyer | on behalf of Creditor RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Matthew Fissel | on behalf of Creditor Matrix Financial Services Corp. bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Michael John Clark | on behalf of Creditor TH MSR Holdings c/o RoundPoint Mortgage Servicing LLC bkecf@padgettlawgroup.com, brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sherri J. Smith | on behalf of Creditor TH MSR Holdings c/o RoundPoint Mortgage Servicing LLC ssmith@stradley.com, amautz@pincuslaw.com |

TOTAL: 11