IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kevin S. Foor and Sandy K. Foor | : | Bankruptcy No. 22-70099 |
| Debtors | : | |
| | : | Chapter 13 |
| Kevin S. Foor | : | |
| 907 Frame Church Road | : | Doc. No. _________ |
| Everett, PA 15537 | : | Related to Doc. Nos. 90 and 91 |
| Movant | : | |
| v. | : | Motion No. ■ WO-1 |
| UPMC Altoona HR | : | |
| 620 Howard Avenue | : | |
| Altoona, PA 16601 | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT ORDER TOGETHER WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NO. (Local Form 12)**

I certify under penalty of perjury that I served the above captioned ORDER and NOTIFICATION on the party at the address specified below on September 23, 2026.

**UPMC Altoona HR**
**620 Howard Avenue**
**Altoona, PA 16601**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class U.S. Mail, Postage Prepaid**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: **September 23, 2026**

By:/s/James R. Huff, II, Esquire

James R. Huff, II, Esquire
Forr, Stokan, Huff & Naugle
1701 5th Avenue
Altoona, PA 16602
Pa. I.D. No. 33270

**PAWB Local Form 7 (07/13)**